## STATE OF CONNECTICUT *v.* ROBERT JUTRAS

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 756 (AC 30813), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Louis S. Avitabile*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided September 22, 2010